UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

OPERATING ENGINEERS CONSTRUCTION
INDUSTRY AND MISCELLANEOUS
PENSION FUND,

     *Plaintiff*,

v.

JAMES DIMON, ASHLEY BACON,
LINDA B. BAMMANN, JAMES A. BELL,
JOHN H. BIGGS, CRANDALL C.
BOWLES, STEPHEN B. BURKE, TODD A.
COMBS, DAVID M. COTE, JAMES S.
CROWN, MARY C. ERDOES, TIMOTHY
P. FLYNN, ELLEN V. FUTTER,
MELLODY HOBSON, JOHN J. HOGAN,
LABAN P. JACKSON, JR., JOHN W.
KESSLER, ROBERT I. LIPP, RICHARD A.
MANOOGIAN, MICHAEL A. NEAL,
DAVID C. NOVAK, LEE R. RAYMOND,
JAMES E. STALEY, WILLIAM C.
WELDON, and BARRY L. ZUBROW,

     *Defendants*.

and

JPMORGAN CHASE & CO.

     *Nominal Defendant*.

Case No. 23-cv-03903-JSR

---

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Linda B. Bammann, James A. Bell, John H. Biggs, Stephen B. Burke, Todd A. Combs, David M. Cote, James S. Crown, Timothy P. Flynn, Ellen V. Futter, Mellody Hobson, Laban P. Jackson,

Jr., John W. Kessler, Robert I. Lipp, Richard A. Manoogian, Michael A. Neal, David C. Novak, Lee R. Raymond, and William C. Weldon in the above-captioned matter.

Dated: June 22, 2023
       New York, NY

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Jessica S. Carey
    Jessica S. Carey

1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
jcarey@paulweiss.com

*Counsel for Defendants Linda B. Bammann, James A. Bell, John H. Biggs, Stephen B. Burke, Todd A. Combs, David M. Cote, James S. Crown, Timothy P. Flynn, Ellen V. Futter, Mellody Hobson, Laban P. Jackson, Jr., John W. Kessler, Robert I. Lipp, Richard A. Manoogian, Michael A. Neal, David C. Novak, Lee R. Raymond, and William C. Weldon*