UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JP MORGAN CHASE & CO. DERIVATIVE LITIGATION | Master Case No. 1:23-CV-03903 (JSR)<br><br>DERIVATIVE ACTION |

## NOTICE OF MOTION TO DISMISS
## THE AMENDED STOCKHOLDER DERIVATIVE COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the declaration of Audra. J. Soloway and the exhibits annexed thereto, and all other papers and proceedings herein, Defendants JPMorgan Chase & Co., Stephen Burke, Todd Combs, James Crown, Timothy Flynn, Mellody Hobson, John Kessler, Phebe Novakovic and James Dimon, by and through their attorneys, hereby respectfully move this Court, before the Honorable Jed S. Rakoff, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York 10007, for an order, pursuant to Federal Rules of Civil Procedure 23.1 and 12(b)(6), dismissing Plaintiffs' Amended Stockholder Derivative Complaint (ECF No. 17) on a date and time to be set by the Court.  The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: July 6, 2023
New York, New York

| | |
|---|---|
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| By: */s/ Timothy Perla* <br> Timothy Perla <br> 60 State Street <br> Boston, MA  02109 <br> (t) (617) 526-6000 <br> (f) (617) 526-5000 <br> timothy.perla@wilmerhale.com <br><br> Noah A. Levine <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> (t) (212) 230-8800 <br> (f) (212) 230-8888 <br> noah.levine@wilmerhale.com <br><br> *Counsel for Defendants JPMorgan Chase & Co. and James Dimon* | By: */s/ Audra J. Soloway* <br> Audra J. Soloway <br> Jessica S. Carey <br> Jacobus J. Schutte <br> 1285 Avenue of the Americas <br> New York, NY  10019-6064 <br> Phone:  (212) 373-3000 <br> Fax:  (212) 757-3990 <br> asoloway@paulweiss.com <br><br> *Counsel for Director Defendants Stephen B. Burke, Todd A. Combs, James S. Crown, Timothy P. Flynn, Mellody Hobson, John W. Kessler, and Phebe N. Novakovic* |