UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES & SANITATION EMPLOYEES RETIREMENT TRUST and OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND<br><br>    Plaintiff,<br><br>    -v-<br><br>JAMES DIMON, STEPHEN B. BURKE, TODD A. COMBS, JAMES S. CROWN, TIMOTHY P. FLYNN, MELLODY HOBSON, JOHN W. KESSLER, PHEBE N. NOVAKOVIC, and JAMES E. STALEY,<br><br>    Defendants,<br><br>    and<br><br>JPMORGAN CHASE & CO.,<br><br>    Nominal Defendant. | 23-cv-03903 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On July 6, 2023, defendants James Dimon, Stephen B. Burke, Todd A. Combs, James S. Crown, Timothy P. Flynn, Mellody Hobson, John W. Kessler, Phebe N. Novakovic, and James E. Staley and nominal defendant JPMorgan Chase & Co. ("JPMorgan") filed motions to dismiss the operative complaints in the above-captioned cases. *See* Dkt. 24; Dkt. 28. Upon consideration of all parties' written submissions, the Court hereby grants those motions on the ground that plaintiffs have failed to make pre-suit demand on the board of directors of JPMorgan or adequately allege that doing so would be futile. In light of this

1

conclusion, Court does not reach defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

An opinion explaining the reasons for these rulings will follow in due course, at which time judgment will be entered.

The Clerk of the Court is respectfully directed to close entry numbers 24 and 28.

SO ORDERED.

New York, NY  
August 9, 2023

_____  
JED S. RAKOFF, U.S.D.J.