**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

CITY OF MIAMI GENERAL EMPLOYEES &
SANITATION EMPLOYEES RETIREMENT
TRUST and OPERATING ENGINEERS
CONSTRUCTION INDUSTRY AND
MISCELLANEOUS PENSION FUND

                Plaintiff,                23 **CIVIL** 3903(JSR)

     -against-                **JUDGMENT**

JAMES DIMON, STEPHEN B. BURKE,
TODD A. COMBS, JAMES S. CROWN,
TIMOTHY P. FLYNN, MELLODY HOBSON,
JOHN W. KESSLER, PHEBE N.
NOVAKOVIC, and JAMES E. STALEY,

                Defendants.

------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 12, 2024, the Court grants the motions to dismiss. Because the plaintiffs have already amended their complaint and because, even based on the additional allegations referenced in their reply papers, the complaint would still have to be dismissed, the dismissal is with prejudice. Accordingly, the Court hereby dismisses the case with prejudice and closes the case.

**Dated:**  New York, New York

    January 12, 2024                             **RUBY J. KRAJICK**
                                                  Clerk of Court

                                           **BY:**

                                                    _____

                                                       **Deputy Clerk**